## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Donald Paul, by and through : 
Julia Ribaudo Senior Center, : 
           Petitioner : 
       : 
      v. :   No. 303 C.D. 2020
       : 
Department of Human Services, : 
           Respondent : 

**PER CURIAM**                   **O R D E R**

NOW, February 23, 2021, having considered Petitioner's application for reconsideration/reargument and Respondent's answer in response thereto, the application is denied.